UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FISHER,<br><br>   Plaintiff,<br><br>   v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>   Defendant. | Case No. 14-cv-04642-WHO<br><br>**ORDER OF TRANSFER** |

In this federal civil rights action, plaintiff Barger challenges the conditions of his confinement at the California Health Care Facility in Stockton, which is in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 24, 2014



WILLIAM H. ORRICK
United States District Judge